IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CAMILLE VENEMON,<br><br>  Plaintiff,<br><br>vs.<br><br>IDAHO STATE UNIVERSITY FEDERAL CREDIT UNION<br><br>  Defendants. | Case No.  4:20-cv-00453-BLW<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Pursuant to the Stipulation of Dismissal of this action pursuant to F.R.C.P. 41(a)(1)(A), signed by all parties in this action (Dkt. 12), the above-captioned action is automatically terminated in its entirety with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997) (dismissal under Rule 41(a)(1)(A) is automatic, without court order). Each party is to bear their own costs and attorneys' fees.

DATED: September 10, 2021

_____
B. Lynn Winmill
U.S. District Court Judge

**ORDER DISMISSING CASE WITH PREJUDICE  - 1**